**FILED**

02/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0637

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 21-0637

VERNON HOVEN,

Appellant,

-vs-

DANIEL WADDELL,

Appellee.

## ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to unopposed motion, and good cause appearing;

IT IS HEREBY ORDERED that Appellant is granted an additional thirty

(30) days from February 26, 2022, up to and including March 28, 2022, to file his

opening brief.

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 28 2022